# Court of Appeals
# of the State of Georgia

ATLANTA,  September 30, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0011. ELAINE MYERS d/b/a THE WAGRIE v. 448 RDA, LLC.**

On September 22, 2021, the trial court entered an order granting a writ of possession in favor of plaintiff 448 RDA, LLC. Defendant Elaine Myers d/b/a The Wagrie ("Myers") filed in this Court a document labeled "The Appeal of a State Court Decision by Writ of Certiorari to the Georgia Court of Appeals," which has been docketed as an emergency motion under Court of Appeals Rule 40 (b).[1] Myers attached to her filing the trial court's order and the notice of appeal filed below.

The trial court's order makes clear that, although a writ of possession has been entered, the issue of monetary damages remains pending. Where, as here, the order is non-final, a party must follow the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b) in order to appeal. See *Howard v. Collins*, 170 Ga. App. 362 (317 SE2d 630) (1984). Since Myers failed to obtain a certificate of immediate review as required by OCGA § 5-6-34 (b), we are unable to construe her pleading as an application for interlocutory appeal. Under these circumstances, Myers has no right of appeal. See *Howard*, supra.

---

[1] It appears that The Wagrie may be a limited liability company. If so, Myers – who is not an attorney – is not entitled to represent the company in a court of record. See *Sterling, Winchester & Long, LLC v. Loyd*, 280 Ga. App. 416, 417 (1) (634 SE2d 188) (2006).

Court of Appeals Rule 40 (b) provides that:

In the exercise of its inherent power, this Court may issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot. This power shall be exercised sparingly. Generally, no order shall be made or direction given in an appeal until it has been docketed in this Court.

Since Myers has no right to appeal, she has no right to emergency relief with regard to such appeal. Accordingly, this motion is hereby DENIED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  09/30/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*